IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HAROLD HAWN**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL CASE NO.   04-727-WDS** |
| vs. ) | |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is defendant's motion to dismiss for failure to file this action within 60 days after receipt of the Appeals Council's notice (Doc. No. 23).  The motion is opposed (Doc. No. 36).

On December 21, 1998, plaintiff applied for disability benefits.  After a hearing, an Administrative Law Judge (ALJ) denied the application on April 27, 2000.  The Appeals Council declined to review the ALJ's decision.  On July 23, 2004, the Appeals Council sent notice to this effect.  That notice informed plaintiff that he had the right to challenge the judgment by bringing a civil action within sixty days from the receipt of the notice.  The sixty-day limit is imposed by statute.  42 U.S.C. § 405(g).  On October 12, 2004, plaintiff filed his Complaint (Doc. No. 1).

Defendant argues that plaintiff's Complaint was filed within the statutory limitation period, placing the end of the 60-day period at September 26, 2004.  The Court agrees with the calculation method - counting sixty days beyond July 23, 2004, and adding five more days for presumed delivery.  Unless proven otherwise, the date of receipt is presumed to be five days from the mailing date.  20 C.F.R. § 404.901.  However, September 26th fell on a Sunday.  Hence, plaintiff's Complaint was due the following day: Monday, September 27, 2004.  Fed. R. Civ. P. 6(a).

- 2 -

Plaintiff does not argue that the October 12, 2004, filing date was timely.  Also, he does not suggest that he received an extension of time or that receipt was later than presumed.  Rather, he maintains that there is good cause for late service of process.  That position does not address or reveal any defect in defendant's limitations argument.

IT IS RECOMMENDED that defendant's motion (Doc. No. 23) be GRANTED.  This action should be DISMISSED as untimely filed.

**SUBMITTED:**     November 15, 2006     .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**